IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>STRATEGIC ADMINISTRATION GROUP, INC.<br>  Defendant. | :<br>:<br>:<br>:<br>: Case No. 20-967<br>:<br>:<br>: **CLASS ACTION**<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ENTRY OF APPEARANCE

Kindly enter the appearance of F Brenden Coller as counsel for Defendant Strategic Administration Group, Inc., in the above-captioned matter.

Dated: March 24, 2020                           COZEN O'CONNOR

                                                                 _____
                                                                 F Brenden Coller
                                                                 One Liberty Place, Suite 2800
                                                                 1650 Market Street
                                                                 Philadelphia, PA  19103
                                                                 (215) 665-5518
                                                                 bcoller@cozen.com
                                                                 *Attorney for Defendant*
                                                                 *Strategic Administration Group, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Entry of Appearance was served on all counsel of record via ECF.

Dated: March 24, 2020                         COZEN O'CONNOR

                                                          F Brenden Coller
                                                          One Liberty Place, Suite 2800
                                                          1650 Market Street
                                                          Philadelphia, PA  19103
                                                          (215) 665-5518
                                                          bcoller@cozen.com

                                                          *Attorney for Defendants*
                                                          *Strategic Administration Group, Inc.*