APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOUREY NEWELL, on behalf of himself | : | CIVIL ACTION |
| | : | |
| v. | : | |
| STRATEGIC ADMINISTRATION GROUP, INC | : | NO. 2:20-cv-00967-JDW |

### ORDER

AND NOW, this <u>25th</u> Day of MARCH , 2020 , it is hereby

ORDERED that the application of <u>Anthony Paronich</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X]  GRANTED.

[ ]  DENIED.

_____
Joshua D. Wolson, J.