IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOUREY NEWELL,** *Plaintiff,* v. **STRATEGIC ADMINISTRATION GROUP, INC.,** *Defendant.* | Case No. 2:20-cv-00967-JDW |

## ORDER

**AND NOW**, this 28th day of May, 2020, it is **ORDERED** that the pretrial conference scheduled for June 4, 2020 at 11:00 AM will be held telephonically.

To access the conference call, the Parties are directed to use the Court's dial-in conference number: Dial 571-353-2300 and enter Conference Code: 238 023 718#

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.