# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOUREY NEWELL,**  *Plaintiff,*  v.  **STRATEGIC ADMINISTRATION GROUP, INC.,**  *Defendant.* | Case No. 2:20-cv-00967-JDW |

## ORDER

**AND NOW**, this 13th day of August, 2020, upon consideration of the Motion to Compel Discovery Responses and Document Production From Strategic Administration Group, Inc. (ECF No. 33), it is **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE** because it does not identify the requests that it wants the Court to enforce or explain why any particular discovery response is insufficient.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.